UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Import Specialties, Inc. d/b/a Heartland America, a Minnesota corporation,

Plaintiff,

v.

Heartland Direct, Inc.

Defendant.

Civil Action 00-CV-417 PAM/JGL

**STIPULATION AND ORDER**

---

The parties, through their attorneys, hereby stipulate and agree as follows:

1. The Court's pretrial schedule in this matter sets May 1, 2001 as to the deadline to serve discovery. The Pretrial Order further sets February 1, 2001 as the deadline for the plaintiff's expert disclosures and March 1, 2001 as the deadline for the defendant's expert disclosures.

2. The parties hereby stipulate and agree that the deadlines for making expert disclosures should be extended to March 1, 2001 for the plaintiff and April 2, 2001 for the defendant. The parties do not believe any change in the discovery deadline is necessary.

Dated: January 26, 2001

[signature]

Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: (612) 347-7185
Fax: (612) 347-7077

**ATTORNEYS FOR PLAINTIFF**

JAN 2 9 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January ___, 2001

James T. Nikolai (#144101)
NIKOLAI, MESEREAU & DIETZ, P.A.
820 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-7461
Fax: (612) 349-6556

Joel J. Bellows, Esq.
Diana M. Kenney, Esq.
BELLOWS AND BELLOWS
79 West Monroe, Suite 800
Chicago, IL 60603
Phone: (312) 332-3340
Fax: (312) 332-1190

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated: Jan. 29, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2467145\1