UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Import Specialties, Inc. d/b/a Heartland America, a Minnesota corporation,

Plaintiff,

v.

Heartland Direct, Inc.

Defendant.

Civil Action 00-CV-417 PAM/JGL

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**

---

The parties, through their attorneys, hereby stipulate and agree as follows:

1. The above-referenced action shall be dismissed without prejudice and without costs or attorneys' fees to either party.

2. The statute of limitations shall be tolled on all claims plaintiff Import Specialties, Inc. d/b/a Heartland America asserted against defendant Heartland Direct, Inc. in this action and on all claims defendant Heartland Direct, Inc. may have asserted against Heartland America.

Dated: April 20, 2001

Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: (612) 347-7185
Fax: (612) 347-7077

ATTORNEYS FOR PLAINTIFF

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 24 2001
DEPUTY CLERK ______

Dated: April 18, 2001

James T. Nikolai

James T. Nikolai (#144101)
NIKOLAI, MESEREAU & DIETZ, P.A.
820 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-7461
Fax: (612) 349-6556

Joel J. Bellows, Esq.
Diana M. Kenney, Esq.
BELLOWS AND BELLOWS
79 West Monroe, Suite 800
Chicago, IL 60603
Phone: (312) 332-3340
Fax: (312) 332-1190

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** and without costs or attorneys' fees to either party.

2. The statute of limitations is hereby **TOLLED** on the claims Plaintiff Import Specialties, Inc. d/b/a Heartland America asserted against Defendant Heartland Direct, Inc. in the above-referenced action and on all claims defendant Heartland Direct, Inc. may have asserted against Heartland America.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 24, 2001

Paul A. Magnuson
United States District Court Judge

::ODMA\PCDOCS\FBDOCS1\2499989\1